```
 1 | Susan St. .Vincent
   | Legal Officer
 2 | NATIONAL PARK SERVICE
   | Law Enforcement Office
 3 | P.O. Box 517
   | Yosemite, California  95389
 4 | Telephone: (209) 372-0241
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket 6:11-mj-00126-MJS |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| JOSH TOPAZ, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice in regards to Count 2 of the criminal complaint, driving on a suspended driver's license in violation of 36 CFR 4.2; California Vehicle Code section 14601.1..

Dated: December 8, 2011                NATIONAL PARK SERVICE


                                              /S/ Susan St. Vincent
                                             Susan St. Vincent
                                             Legal Officer

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced charge be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 8, 2011        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE